## Appendix B-1
## RACE CODES

- A.A.
- Afghanistan
- African
- Aleut
- Algerian
- Alocona
- American
- Ameriasian
- Amish
- Anglo-Saxon
- Arabian
- Argentinian
- Armenian
- Aryan
- Asian Indian
- Asiatic
- Assyrian
- Athapaskan
- Australian
- Austrian
- Azores

- B
- Bahamian
- Bangladeshi
- Basque
- Bavarian
- Begri
- Belizian
- Bilalian
- Biracial
- Blanc
- Bohemian
- Bolivian
- Brava (Bravo)
- Brazilian
- British Honduran
- Burmese

- (C)
- ajun [Cajun]
- ambodian [Cambodian]
- anadian [Canadian]
- ape Verde [Cape Verde]
- arib [Carib]
- aucasian [Caucasian]
- ylonese [Ceylonese]
- amorro [Chamorro]
- amosso [Chamosso]
- icano [Chicano]
- inese [Chinese]

- Colestran
- Colombian
- Cosmopolitan
- Costa Rican
- Creole
- Crucian
- Cuban
- Czechoslovakian

- Dominican
- Dutch East Indian

- East Indian
- East Indies
- Ebian
- Ecuadorian
- Egyptian
- English
- English-French
- English-Irish
- Eritrean
- Eskimoan
- Ethiopia (n)
- Eurasian
- European

- Fijian
- Filipino
- Finnish
- French
- French Canadian
- French Indian

- German
- Ghanaina
- Gilbertese
- Greek
- Guam (ian) (ese)
- Guatemalan
- Guyanese
- Gypsy

- Haitian
- Hamitic
- Hawaiian
- Hebrew
- Hindu
- Hispanic

February 1999

Exhibit 2

Appendix B-1
Continued

Honduran
Hungarian

Icelandic
India
Indian (North, Central and South American)
Indo-Aryan
Indonesian
Iran (ian)
Iraqi
Irish
Islamic
Israelite
Italian

Jackson (Jack) White
Jamaican
Japanese
Java
Jew
Jordanian

Kenyan
Korean
Kuwaitian

Ladina (Ladino)
Laotian (Asian)
Latin American
Latvian
Lebanese
Liberian
Libyan
Lithuanian

Mal
Malada
Malawian
Malayan
Maltese
Maori
Marshallese
Marshenese
Mauritian
Mediterranean
Melanesian
Mestizo
Mestizo-Inca
Mexican
Mexican Indian

Micronesian
Mixed
Mohammedan (Moslem)
Moor
Moroccan
Mosotho
Mugandan
Mulatto
Multi-racial
Muslim

N
N/W
Nassau
Native American
Nepalese
Nicaraguan
Nigerian
Nipponese (Nipon)
Nordic
Norwegian
Nubian

Occidental
Octaroon
Okinawan

Pakistani
Palauan
Panamanian
Parsi
Persian
Peruvian
Phoenician
Polish
Polynesian
Ponapean
Portuguese
Puerto Rican
Punjabi

Quadroon
Red
Romanian
Rotanese
Russian
Ryukyan

Saipanese
Salvadorian
Samoa (n)

Feb

Continued

Santo-Domingo
Saudi Arabia (n)
Saxon (y)
Scandinavian
Scotch
Selawik
Semitic
Serbian
Servian
Seychelloise
Siamese
Siamsh Am
Sicilian
Sikh
Singhalese
Sino Burman
Slovakian
Soanish
South American
Spanish
Sudanese
Sunni
Swedish
Syrian

Tahitian
Taimskin
Taiwanese
Tamil-Ceylonese
Tamil-Malayan
Tanzanian
Teutonic
Thai
Tibetan
Tongan
Trigueno
Trinidadian
Tunisian
Turk

Ubontilian
Ugandan
Ukranian
Ulithian
Ute

Venezuela (n)
Vietnam (ese)

/

Welsh
West Indies (Indian)
Wiarn (White American)

Yapanes
Yemenite
Yugoslavian

Zoroastrian