Exhibit B

## Declaration of Sophie Rogers

I, Sophie Rogers, one of the plaintiffs in *Rogers v. Virginia State Registrar*, declare under penalty of perjury that the allegations regarding myself and my application for a marriage license set forth in paragraphs 2, 10, 64, 65, and 71-73 of the complaint in the case are true and based on my direct personal knowledge.

*/s/ Sophie Rogers*
Sophie Rogers

Dated: September 3, 2019

Exhibit B