IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SOPHIE ROGERS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 1:19-cv-1149-RDA/IDD |
| ) | |
| v. ) | |
| ) | |
| VIRGINIA STATE REGISTRAR, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

Defendants move to dismiss the complaint under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6). The basis for this motion is set forth in the accompanying Memorandum in Support of Defendants' Motion to Dismiss the Complaint.

Respectfully submitted,

By: _____/s/_____
Toby J. Heytens
Solicitor General
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-7240 – Telephone
(804) 371-0200 – Facsimile
solicitorgeneral@oag.state.va.us
*Attorney for Defendant Virginia State Registrar*

Richard C. Sullivan, Jr., VSB No. 27907
Bean, Kinney & Korman, P.C.
2311 Wilson Boulevard, Suite 500
Arlington, Virginia 22201
Telephone: (703) 525 – 4000
Facsimile: (703) 525 – 2207
rsullivan@beankinney.com
*Attorney for Defendants Clerks*

Christopher Falcon
1425 N. Courthouse Road, Suite 6700
Arlington, VA 22201

(703) 228-7010 – Telephone
(703) 228-7079 – Facsimile
cfalcon@arlingtonva.us
*Attorney for Defendant Clerk, Arlington Circuit Court*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2019, a true and accurate copy of this paper was filed electronically with the Court's CM/ECF system, which will then send a notification of such filing to the counsel of record in this case

By: /s/
Toby J. Heytens