IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SOPHIE ROGERS, *et al.*, | ) |
| Plaintiffs, | ) Civil Action No. 31:19-cv-1149-RDA/IDD |
| v. | ) |
| VIRGINIA STATE REGISTRAR, *et al.*, | ) |
| Defendants. | ) |

**CONSENT MOTION TO CONSOLIDATE HEARING ON DEFENDANTS' MOTION TO DISMISS THE COMPLAINT WITH HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Defendants move to consolidate the hearing on Defendants' Motion to Dismiss the Complaint (ECF No. 29) with the already scheduled October 4, 2019 hearing on Plaintiffs' Motion for Summary Judgment (ECF No. 17). See ECF No. 19. Plaintiffs have advised that they consent to this motion.

Respectfully submitted,

By: _____/s/_____
Toby J. Heytens
Solicitor General
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-7240 – Telephone
(804) 371-0200 – Facsimile
solicitorgeneral@oag.state.va.us
*Attorney for Defendant Virginia State Registrar*

Richard C. Sullivan, Jr., VSB No. 27907
Bean, Kinney & Korman, P.C.
2311 Wilson Boulevard, Suite 500
Arlington, Virginia 22201
Telephone: (703) 525 – 4000
Facsimile: (703) 525 – 2207
rsullivan@beankinney.com

1

*Attorney for Defendants Clerks*

Christopher Falcon
1425 N. Courthouse Road, Suite 6700
Arlington, VA 22201
(703) 228-7010 – Telephone
(703) 228-7079 – Facsimile
cfalcon@arlingtonva.us
*Attorney for Defendant Clerk, Arlington Circuit Court*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2019, a true and accurate copy of this paper was filed electronically with the Court's CM/ECF system, which will then send a notification of such filing to the counsel of record in this case

By: <u> /s/                       </u>
     Toby J. Heytens