## Declaration of Ashley Ramkishun

I, Ashley Ramkishun, one of the plaintiffs in *Rogers v. Virginia State Registrar*, declare under penalty of perjury that the allegations regarding myself and my application for a marriage license set forth in paragraphs 4, 9, 64, 67, and 71-73 of the complaint in the case are true and based on my direct personal knowledge.

*Ashley R.*
Ashley Ramkishun

Dated: September ___, 2019


EXHIBIT K

## Declaration of Samuel Sarfo

I, Samuel Sarfo, one of the plaintiffs in *Rogers v. Virginia State Registrar*, declare under penalty of perjury that the allegations regarding myself and my application for a marriage license set forth in paragraphs 5, 9, 64, 68, and 71-73 of the complaint in the case are true and based on my direct personal knowledge.

_____
Samuel Sarfo

Dated: September ___, 2019

## Declaration of Amelia Spencer

I, Amelia Spencer, one of the plaintiffs in *Rogers v. Virginia State Registrar*, declare under penalty of perjury that the allegations regarding myself and my application for a marriage license set forth in paragraphs 6, 9, 64, 69, and 71-73 of the complaint in the case are true and based on my direct personal knowledge.

_/s/ Amelia Spencer_

Dated: September 3, 2019

## Declaration of Kendall Poole

I, Kendall Poole, one of the plaintiffs in *Rogers v. Virginia State Registrar*, declare under penalty of perjury that the allegations regarding myself and my application for a marriage license set forth in paragraphs 7, 9, 64, and 70-73 of the complaint in the case are true and based on my direct personal knowledge.

_____
Kendall Poole

Dated: September 3, 2019