UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| SOPHIE ROGERS, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) Case # 1:19-cv-1149 (RDA/IDD) |
| | ) |
| VIRGINIA STATE REGISTRAR, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

---

DOCUMENTARY APPENDIX
TO
REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTIONS
FOR SUMMARY JUDGMENT AND A PERMANENT INJUNCTION AND
MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

---

Victor M. Glasberg, #16184
Bernadette E. Valdellon, *pro hac vice* pending
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314
703.684.1100 / Fax: 703.684.1104
vmg@robinhoodesq.com
bev@robinhoodesq.com

Counsel for Plaintiffs

Contents

Exhibit[1]

J  Attorney general's memorandum on race labeling

K  Declarations of plaintiffs Ramkishun, Sarfo, Spencer and Poole

L  New license application form with optional race labeling (also ECF 31-3 p.2)

M  Cover email from Virginia Supreme Court, Sep. 13, 2019 (also ECF 31-1)

N  Motion to intervene by State of Virginia, *Bostic v. Rainey*, Dec. 20, 2013

O  Amended answer of Janet M. Rainey, *Bostic v. Rainey,* Jan. 23, 2014 (excerpt)

P  Memorandum in support of renewed motion for summary judgment, *Porter v. Clarke,* August 25, 2017 (excerpt)

Q  Declaration of Laura Grumbine

R  Declaration of Bernadette E. Valdellon

Racecase/Pldgs/DocAppReplyMemMSJ&Inj(2019-0930)

---

[1] The exhibit letters track and then follow the exhibit letters in the documentary appendix to plaintiffs' previously filed motion for summary judgment and a permanent in junction.

<u>Certificate of Service</u>

      I, Victor M. Glasberg, hereby certify that on this 30th day of September 2019, I electronically filed the foregoing Documentary Appendix to Reply Memorandum In Support of Plaintiffs' Motions for Summary Judgment and A Permanent Injunction and In Opposition To Defendants' Motion to Dismiss with the clerk of the court.

                                                                        //s// Victor M. Glasberg
                                                                     Victor M. Glasberg, #16184
                                                                      Victor M. Glasberg & Associates
                                                                      121 S. Columbus Street
                                                                       Alexandria, VA  22314
                                                                       703.684.1100 / Fax: 703.684.1104
                                                                       vmg@robinhoodesq.com

                                                                       Counsel for Plaintiffs