UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| SOPHIE ROGERS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case # 1:19-cv-1149 (RDA/IDD) |
| ) | |
| VIRGINIA STATE REGISTRAR, *et al.*, ) | |
| ) | |
| Defendants. ) | |

MOTION TO ENFORCE AND CORRECT ORDER AND WAIVER OF HEARING

Plaintiffs, by counsel, move this court to enforce the court's memorandum order dated September 11, 2019 and to correct an error in the order. Defendants have advised that they take no position on the issue of correcting the error. In support of this motion, plaintiffs submit the accompanying memorandum and proposed order.

Plaintiffs waive a hearing on this motion and request its adjudication on the papers.

Respectfully submitted,

SOPHIE ROGERS, *et al.*,

By counsel

Dated:  October 17, 2019

Counsel for Plaintiffs:

//s// Victor M. Glasberg
Victor M. Glasberg, #16184
Bernadette E. Valdellon, *pro hac vice* pending
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314
703.684.1100 / Fax: 703.684.1104
vmg@robinhoodesq.com
bev@robinhoodesq.com
RaceCase\Pleadings\MEnforceCorrectOSept11

<u>Certificate of Service</u>

  I, Victor M. Glasberg, hereby certify that on this 17th day of October 2019, I electronically filed the foregoing Motion to Enforce and Correct Order and Waiver of Hearing with the clerk of the court.

                   //s// Victor M. Glasberg
                   Victor M. Glasberg, #16184
                   Victor M. Glasberg & Associates
                   121 S. Columbus Street
                   Alexandria, VA  22314
                   703.684.1100 / Fax: 703.684.1104
                   vmg@robinhoodesq.com

                   Counsel for Plaintiffs