UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| SOPHIE ROGERS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case # 1:19-cv-1149 (RDA/IDD) |
| ) | |
| VIRGINIA STATE REGISTRAR, *et al.*, ) | |
| ) | |
| Defendants. ) | |

MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS

Plaintiffs, by counsel, move this court for an award of attorney's fees and costs pursuant to 42 U.S.C. 1988. In support thereof, plaintiffs respectfully represent that they are the prevailing parties in this litigation, and submit the declaration of Victor M. Glasberg filed herewith and the accompanying documentary appendix. In keeping with the practice in this court, counsel is not noticing this motion for a hearing and will await this court's ruling following the completion of briefing.

                                                                Respectfully submitted,

                                                                SOPHIE ROGERS, *et al.*,

                                                                By counsel

Dated: November 6, 2019

Counsel for Plaintiffs:

//s// Victor M. Glasberg
Victor M. Glasberg, #16184
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
703.684.1100 / Fax: 703.684.1104
vmg@robinhoodesq.com
RaceCase\Pleadings\MAwardOfFees&Costs

Certificate of Service

I, Victor M. Glasberg, hereby certify that on this 6th day of November 2019, I electronically filed the foregoing Motion for Award of Attorney's Fees and Costs with the clerk of the court.

//s// Victor M. Glasberg
Victor M. Glasberg, #16184
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314
703.684.1100 / Fax: 703.684.1104
vmg@robinhoodesq.com

Counsel for Plaintiffs